NANNIE G. KAUFMAN, Respondent, *v.* EMPIRE TRUST COMPANY, Appellant, and THE ADAMS EXPRESS COMPANY et al., Respondents.

(Submitted February 27, 1933; decided March 7, 1933.)

Motion for reargument or to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 260 N. Y. 389.)

SAMUEL A. TELSEY, Respondent, *v.* CALVIN-MORRIS CORPORATION et al., Defendants, and HOEGGER, INC., Appellant.

(Submitted February 27, 1933; decided March 7, 1933.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 260 N. Y. 456.)

INTERNATIONAL PUBLICATIONS, INC., Appellant, *v.* PRINCE G. MATCHABELLI, Respondent.

(Submitted February 27, 1933; decided March 7, 1933.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 260 N. Y. 451.)

THE CITY OF NEW YORK, Plaintiff, *v.* BRONX COUNTY TRUST COMPANY, Respondent, and CENTRAL HANOVER BANK AND TRUST COMPANY et al., Appellants.

(Submitted February 27, 1933; decided March 7, 1933.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 261 N. Y. 64.)